CHESTER E. SMITH, Doing Business under the Name of RIVERVIEW MOTORS, Appellant, *v.* PARR MOTOR SALES, INC., Respondent.

Argued January 9, 1953; decided March 6, 1953.

*Louis H. Starikov* and *John D. O'Loughlin* for appellant.
*Henry Grusky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.